UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

11 APR 13 PM 3:47

DEPUTY

| | |
|---|---|
| ANTHONY SANCHEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LENDING TREE, LLC,<br><br>　　　　　　　Defendant. | CASE NO. **10CV1593-JLS(NLS)**<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed without prejudice, for want of prosecution.

DATED: APRIL 8, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　ENTERED ON _____